DAVID L. HAHN, TRUSTEE
22342 Avenida Empresa, Suite 260
Rancho Santa Margarita, CA  92688
Telephone:     (949) 888-1014
Facsimile:     (949) 766-9896

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES

| In Re: | Case No.: 2:11-11310-RN |
|---|---|
| PIETY, ERIC DAVID | 11113102 |
| | Chapter: 7 |
| | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |
| Debtor(s) | |

COUNSEL: CARL A LUX
TO THE ABOVE NAMED DEBTOR(S):

     You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was **RESCHEDULED** to **03/01/11** at **01:00 PM** at Room 103, United States Trustee Office, 725 S. Figueroa Street, Los Angeles, CA 90017.
     ☒ Please note the change in time and or date of your scheduled meeting of creditors.

ERIC DAVID PIETY
26831 ROLLING VISTA DRIVE
LOMITA, CA  90717

CARL A LUX
CARL LUX
4449 EASTON WAY 2ND FLOOR
COLUMBUS, OH  37934

Dated:     February 9, 2011

    /s/ David L. Hahn
    DAVID L. HAHN, TRUSTEE

     I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, and interested parties on February 9, 2011.

    /s/ Shelly Hahn
    Shelly Hahn